UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JEANNIE GONZALES, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation; and DOES 1–50,<br><br>　　　　　　Defendants. | Case No.　4:16-cv-07346-HSG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT LABORATORY CORPORATION OF AMERICA HOLDINGS' REQUEST THAT CHRISTOPHER J. KONDON BE PERMITTED TO APPEAR TELEPHONICALLY AT MARCH 28, 2017 CASE MANAGEMENT CONFERENCE**<br><br>Date:　　March 28, 2017<br>Time:　　2 PM<br>Place:　　Oakland Courthouse<br>　　　　　1301 Clay Street<br>　　　　　Oakland, CA 94612 |

|   |   |
|---|---|
| 1 | **~~[PROPOSED]~~ ORDER** |
| 2 | The Court has reviewed Defendant Laboratory Corporation of America Holdings' |
| 3 | ("Defendant") Request that Christopher J. Kondon be permitted to appear telephonically at the March |
| 4 | 28, 2017 Case Management Conference (the "Request") and rules as follows: |
| 5 | Good cause appearing, the Court hereby grants Defendant's Request. Christopher J. Kondon |
| 6 | is hereby permitted to appear telephonically at the March 28, 2017 Case Management Conference. |
| 7 | Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance. |
| 8 | **IT IS SO ORDERED.** |

Dated: 3/27/2017

*[signature: Haywood S. Gilliam, Jr.]*
Haywood S. Gilliam, Jr.
United States District Judge