UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JEANNIE GONZALES, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation; and DOES 1–50,<br><br>　　　　　Defendants. | Case No.　4:16-cv-07346-HSG<br><br>[Assigned to the Hon. Judge Haywood S. Gilliam, Jr.]<br><br>**ORDER ON JOINT STIPULATION FOR ORDER MODIFYING SCHEDULING ORDER TO EXTEND TIME FOR THE PARTIES TO COMPLETE DISCOVERY** |

**ORDER**

Having considered the Joint Stipulation for Order Modifying Scheduling Order to Extend Time for the Parties to Complete Discovery (the "Joint Motion"), along with the supporting declaration, and good cause appearing, the Court rules as follows:

The Joint Stipulation is GRANTED. The deadline for the Parties to complete discovery is extended and the Scheduling Order in this case is modified as follows:

| Event | February 17, 2017 Scheduling Order | Proposed New Dates |
|---|---|---|
| **Close of Fact Discovery** | August 29, 2017 | October 13, 2017 |
| **Last Date to Serve Expert Reports** | September 12, 2017 | October 27, 2017 |
| **Last Date to Serve Rebuttal Expert Reports** | September 26, 2017 | November 10, 2017 |
| **Close of Expert Discovery** | October 10, 2017 | November 24, 2017 |
| **Dispositive Motion Hearing Date** | November 30, 2017 | January 11, 2018 |

**IT IS SO ORDERED.**

Dated: August 4, 2017

Honorable Haywood S. Gilliam, Jr.
United States District Judge

**ORDER**