| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| NORTHERN DISTRICT OF CALIFORNIA | |
| OAKLAND | |

| | |
|---|---|
| JEANNIE GONZALES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation; and DOES 1–50,<br><br>Defendants. | Case No. 4:16-cv-07346-HSG<br><br>[Assigned to the Hon. Judge Haywood S. Gilliam, Jr.]<br><br>**ORDER ON JOINT STIPULATION AND REQUEST FOR ENTRY OF ORDER MODIFYING THE SCHEDULING ORDER TO CONTINUE TRIAL AND RELATED PRE-TRIAL DEADLINES** |

**ORDER**

Having considered the Joint Stipulation and Request for Entry of Order Modifying the Scheduling Order to Continue Trial and Related Pre-Trial Deadlines (the "Joint Stipulation"), along with the supporting declaration, and good cause appearing, the Court rules as follows:

The Joint Stipulation is GRANTED. The jury trial and related pre-trial deadlines are continued and the Scheduling Order in this case is modified as follows:

| Event | April 6, 2017 Scheduling Order | Proposed New Dates |
|---|---|---|
| **Pre-Trial Conference** | February 27, 2018 | May 29, 2018 |
| **Jury Trial** | March 12, 2018 | June 11, 2018 |

| Event | August 4, 2017 Scheduling Order | Proposed New Dates |
|---|---|---|
| **Last Date to Serve Expert Reports** | October 27, 2017 | January 26, 2018 |
| **Last Date to Serve Rebuttal Expert Reports** | November 10, 2017 | February 9, 2018 |
| **C lose of Expert Discovery** | November 24, 2017 | February 23, 2018 |
| **Dispositive Motion Hearing Date** | January 11, 2018 | April 12, 2018 |

**IT IS SO ORDERED.**

Dated: November 21, 2017

Honorable Haywood S. Gilliam, Jr.
United States District Judge

**ORDER**