LAW OFFICES OF ERIC M. LIGHTMAN
Eric M. Lightman (SBN 288791)
1254 Mission St.
San Francisco, CA 94103
Telephone: 415-295-4777
Fax: 415-795-4750
eric.m.lightman@gmail.com

Attorney for Plaintiff,
JEANNIE GONZALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JEANNIE GONZALES, an individual,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation; and DOES 1–50,<br><br>　　　　Defendants. | Case No.　4:16-cv-07346-HSG<br><br>[Assigned to the Hon. Judge Haywood S. Gilliam]<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION AND REQUEST FOR ENTRY OF ORDER MODIFYING RESPONSE, REPLY, AND HEARING DATES RE: LABORATORY CORPORATION OF AMERICA HOLDINGS' MOTION FOR SUMMARY JUDGMENT** |

Having considered the Joint Stipulation and Request for Entry of Order Modifying the Response, Reply, and Hearing Dates Re: Laboratory Corporation of America Holdings' Motion for Summary Judgment (the "Joint Stipulation"), along with the supporting declaration, and good cause appearing, the Court rules as follows:

The Joint Stipulation is GRANTED. The deadlines for the Motion for Summary Judgment are hereby modified as follows:

| Event | Original Dates | Proposed New Dates |
|---|---|---|
| **Motion for Summary Judgment Responses due** | March 22, 2018 | March 29, 2018 |
| **Motion for Summary Judgment Replies due** | March 29, 2018 | April 5, 2018 |
| **Motion for Summary Judgment Hearing Date** | April 12, 2018 | April 19, 2018 at 11:00 a.m. |

**IT IS SO ORDERED.**

Dated: _____3/21/2018_____

Honorable Haywood S. Gilliam, Jr.
United States District Judge