UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JEANNIE GONZALES, an individual,<br><br>                Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation; and DOES 1–50,<br><br>                Defendants. | Case No.    4:16-cv-07346-HSG<br><br>[Assigned to the Hon. Judge Haywood S. Gilliam]<br><br>**ORDER ON JOINT STIPULATION AND REQUEST TO EXTEND TIME TO FILE PRE-TRIAL DOCUMENTS AND NOTICE OF CONDITIONAL SETTLEMENT AND TO MODIFY THE PRE-TRIAL CONFERENCE DATE** |

**ORDER**

| | |
|---|---|
| 1 | Having considered the Joint Stipulation and Request to Extend Time to File Pre-Trial |
| 2 | Documents and Notice of Conditional Settlement and to Modify the Pre-Trial Conference Date (the |
| 3 | "Joint Stipulation"), and good cause appearing, the Court rules as follows: |
| 4 | The Joint Stipulation is GRANTED. The deadline for the Parties to file their pre-trial |
| 5 | documents and notice of conditional settlement is continued by one week from May 25, 2018 to June |
| 6 | 1, 2018. The pre-trial conference date is continued by one week from May 29, 2018 to June 5, 2018 |
| 7 | at 3:00 p.m. |
| 9 | **IT IS SO ORDERED.** |
| 11 | Dated: May 29, 2018 |
| 12 | Honorable Haywood S. Gilliam, Jr.<br>United States District Judge |

**ORDER**