LAW OFFICES OF ERIC M. LIGHTMAN
Eric M. Lightman (SBN 288791)
1254 Mission St.
San Francisco, CA 94103
Telephone: 415-295-4777
Fax: 415-795-4750
eric.m.lightman@gmail.com

Attorney for Plaintiff,
JEANNIE GONZALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JEANNIE GONZALES, an individual,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation; and DOES 1–50,<br><br>　　　　　　　Defendants. | Case No.　　4:16-cv-07346-HSG<br><br>[Assigned to the Hon. Judge Haywood S. Gilliam]<br><br>**STIPULATION OF CONDITIONAL DISMISSAL AND [PROPOSED] ORDER** |

WHEREAS, on June 1, 2018, Plaintiff JEANNIE GONZALES ("Plaintiff") and Defendant LABORATORY CORPORATION OF AMERICA HOLDINGS ("Defendant") fully executed a Confidential Settlement, Waiver, and Release Agreement ("Agreement") that will not be fully performed until thirty-five (35) days from the date of the Agreement;

WHEREAS, the parties wish to dismiss the action upon completion of the thirty-five (35) day period, conditioned upon the satisfaction of all conditions that need to be satisfied under the Agreement;

WHEREAS, on May 29, 2018, the Court ordered the parties to file pre-trial documents or a Stipulated Dismissal on or before June 1, 2018;

NOW, THEREFORE,

1. Pursuant to the terms set forth below, Jeannie Gonzales and Laboratory Corporation of America Holdings, by and through their respective attorneys of record, hereby stipulate to conditionally dismiss all of the claims in this action;

2. This dismissal is subject to satisfaction in full of all conditions precedent to dismissal set forth in the Agreement;

3. During the thirty-five (35) day period and while this conditional dismissal is in effect, the June 11, 2018 trial is vacated; and

4. Once the thirty-five (35) day period has passed and the conditions precedent to dismissal have been satisfied, the parties shall file a stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and this conditional dismissal shall become a final dismissal with prejudice, each side to bear its own costs and attorneys' fees.

///

///

///

|   |   |   |
|---|---|---|
|   | LAW OFFICES OF ERIC M. LIGHTMAN | |
| Dated: June 1, 2018 | By: | */s/ Eric M. Lightman*<br>Eric Lightman<br>Attorney for Plaintiff<br>JEANNIE GONZALES |
|   | K&L GATES LLP | |
| Dated: June 1, 2018 | By: | */s/ Christopher K. Kondon*<br>Christopher J. Kondon<br>Saman M. Rejali<br>Kate G. Hummel<br><br>Attorneys for Defendant<br>LABORATORY CORPORATION OF AMERICA HOLDINGS |

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: 6/4/2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge