1   Eric M. Lightman (SBN 288791)
    LAW OFFICES OF ERIC M. LIGHTMAN
2   1254 Mission St.
    San Francisco, CA 94103
3   Telephone: 415-295-4777
    Fax: 415-795-4750
4   eric.m.lightman@gmail.com

5   Attorney for Plaintiff,
    JEANNIE GONZALES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| JEANNIE GONZALES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LABORATORY CORPORATION OF AMERICA HOLDINGS, a Delaware Corporation; and DOES 1–50,<br><br>Defendants. | Case No.   4:16-cv-07346-HSG<br><br>[Assigned to the Hon. Judge Haywood S. Gilliam]<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii) AND [PROPOSED] ORDER** |

WHEREAS, on June 1, 2018, Plaintiff JEANNIE GONZALES ("Plaintiff") and Defendant LABORATORY CORPORATION OF AMERICA HOLDINGS ("Defendant") fully executed a Confidential Settlement, Waiver, and Release Agreement ("Agreement") that would not be fully performed until thirty-five (35) days from the date of the Agreement;

WHEREAS, on June 1, 2018, the parties filed a Stipulation With Proposed Order for Conditional Dismissal subject to the subject to satisfaction in full of all conditions precedent to dismissal set forth in the Agreement;

WHEREAS, on June 4, 2018, this Court ordered that once the thirty-five (35) day period has passed and the conditions precedent to dismissal have been satisfied, the parties shall file a stipulation of dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and this conditional dismissal shall become a final dismissal with prejudice, each side to bear its own costs and attorneys' fees filed a Stipulation With Proposed Order for Conditional Dismissal;

WHEREAS all the conditions precedent to dismissal have been satisfied under the Agreement;

IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action, through their respective attorneys, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, this action, and all claims asserted herein by Plaintiff against Defendant, be dismissed with prejudice, each party to bear its own costs and attorneys' fees.

///

///

///

///

| | | |
|---|---|---|
| | | LAW OFFICES OF ERIC M. LIGHTMAN |
| Dated: July 15, 2018 | By: | /s/ Eric M. Lightman |
| | | Eric Lightman |
| | | Attorney for Plaintiff |
| | | JEANNIE GONZALES |

K&L GATES LLP

| | | |
|---|---|---|
| Dated: July 15, 2018 | By: | /s/ Christopher K. Kondon |
| | | Christopher J. Kondon |
| | | Saman M. Rejali |
| | | Kate G. Hummel |

Attorneys for Defendant
LABORATORY CORPORATION OF
AMERICA HOLDINGS

**PURSUANT TO THE ABOVE STIPULATION, IT IS SO ORDERED.**

Dated: 7/16/2018

Honorable Haywood S. Gilliam, Jr.
United States District Judge